### Commonwealth *v.* Summerville, Appellant.

Submitted April 15, 1971. *Robert J. Stock*, for appellant; *Robert F. Hawk* and *David L. Cook*, Assistant District Attorneys, and *John H. Brydon*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Swope, Appellant.

Submitted April 15, 1971. *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.